UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**MILLER AND COMPANY, LLC,**

                            **Plaintiff,**

  vs.                                             5:23-CV-1291

                                                           (MAD/MJK)

**FRAZER AND JONES, LLC,**

                            **Defendant.**

---

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **DILWORTH PAXSON LLP**<br>485 Lexington Avenue - 14th Floor<br>New York, New York 10017<br>Attorneys for Plaintiff | **IRA N. GLAUBER, ESQ.** |
| **NEW YORK LEGAL ASSISTANCE GROUP**<br>100 Pearl Street - 19 Floor<br>New York, New York 10004<br>Attorneys for Plaintiff | **YONIT CAPLOW, ESQ.** |
| **BOND SCHOENECK & KING, PLLC**<br>One Lincoln Center<br>Syracuse, New York 13202<br>Attorneys for Defendant | **THOMAS G. ERON, ESQ.**<br>**MICHAELA J. MANCINI, ESQ.** |

**Mae A. D'Agostino, U.S. District Judge:**

### CONSENT JUDGMENT AND ORDER

      **WHEREAS**, the above-captioned case was commenced by Plaintiff Miller and Company, LLC against Defendant Frazer and Jones, LLC (collectively, the "parties") on October 19, 2023;

      **WHEREAS**, the parties have settled this matter pursuant to a Settlement Agreement dated April 15, 2024 (the "Settlement Agreement");

  **WHEREAS**, the Settlement Agreement required Defendant to pay Plaintiff the sum of $772,833.53 plus interest on the then outstanding balance at the rate of 7% per annum less any payments made by Defendant pursuant to the Settlement Agreement (the "Settlement Amount") through a series of installments;

  **WHEREAS**, Defendant ceased making payments towards the Settlement Amount in mid-August 2025 and Plaintiff notified Defendant that it was in default of the Settlement Agreement;

  **WHEREAS**, on September 12, 2025, Plaintiff submitted an application to this Court for a Consent Judgment, wherein, Plaintiff certifies and declares that a default under the Settlement Agreement has occurred (Dkt. No. 31);

  **WHEREAS**, Defendant does not oppose Plaintiff's application for Consent Judgment (Dkt. No. 32);

  **WHEREAS**, the outstanding unpaid principal Settlement Amount due from Defendant to Plaintiff is $94,886.64;

  **WHEREAS**, the interest due at the time of Plaintiff's September 12, 2025, application was $37,822.04;

  **WHEREAS**, the parties have agreed to the terms set forth herein and hereby consent to the entry of the following judgment; and

  **WHEREAS**, the Court has reviewed Plaintiff's application and finds that a default of the Settlement Agreement has occurred, and finds good cause shown; it is hereby

  **ORDERED** that judgment is entered in favor of Plaintiff in the amount of $132,708.68, as calculated as $772,833.53 less the amount of any Payments (as defined in the Settlement Agreement) made by Defendant, plus interest on the then outstanding balance at the agreed upon

interest rate of 7% per annum, from the date of the Initial Due Date (as defined in the Settlement Agreement).

**IT IS SO ORDERED.**

Dated: December 22, 2025
      Albany, New York

Mae A. D'Agostino
U.S. District Judge

3